UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

ARBITRON INC,

                Plaintiff,

- against -

TRALYN BROADCASTING, INC., JMD, INC.,
d/b/a WLNF-FM/WROA-AM/WZKX-FM/
WGCM-AM-FM,

                Defendants.

----------------------------------------X

01 Civ. 9652 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/09

**Sweet, D.J.,**

    Plaintiff's motion for entry of an order pursuant to 28 U.S.C. § 1963 permitting registration of this Court's July 9, 2008 Judgment in all other districts in which defendant JMD, Inc. owns assets will be heard at noon on Wednesday, April 29, 2009, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**April 6, 2008**

ROBERT W. SWEET
U.S.D.J.